UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| JOSEPH WILCOX, *et al.* | Case No. 2:23-cv-00718-JCM-NJK |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| FCA US, LLC, | |
| Defendants. | |

This action was filed on 5/07/2023. The Court issued a notice of intent to dismiss pursuant to Fed. R. Civ. P. 4(m) unless proof of service is filed by 10/11/2023. (ECF No. 4) To date, no proof of service has been filed.

Accordingly, it is ordered, adjudged and decreed that this action is dismissed without prejudice.

DATED October 18, 2023.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE